IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE BROWN; CALVIN JOHNSON; LEATRICE JOHNSON; UNIQUE BROWN; and YVONNE O. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE KNOX, in his individual and official capacity; PTLM. MARK WILSON; in his individual and official capacity as a police officer; SGT. MORRISON, in his individual and official capacity as a police officer; DETECTIVE JINGLING, unknown first name, in his individual and official capacities, YINGLING is employed by Allegheny County Homicide Division; DEPUTY CORNER DOMINIC of the Office of the Allegheny County Coroner Allegheny County PA, and the Coroner's Office,<br><br>Defendant. | Civil Action No. 04 - 1695<br><br>Judge Joy Flowers Conti /<br>Magistrate Judge Lisa Pupo Lenihan |

## **ORDER**

Plaintiff filed a "Motion Not to Dismiss" on December 6, 2005, which this Court interprets as a Response to Defendant's Motion to Dismiss. Therefore

**IT IS ORDERED** this 4th day of January, 2006, that Plaintiff's "Motion Not to Dismiss" is **TERMINATED**. The Court will consider Plaintiff's December 6, 2005 filing as a timely Response to Defendant's Motion to Dismiss.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:     Yvonne F. Brown
        2633 Brackenridge Street
        Pittsburgh, PA 15219

        Lisa M. Passarello
        Buchanan Ingersoll
        301 Grant Street
        One Oxford Centre, 20th Floor
        Pittsburgh, PA 15219

        Gregory A. Miller
        Buchanan Ingersoll
        301 Grant Street
        One Oxford Centre, 20th Floor
        Pittsburgh, PA 15219