IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE BROWN; CALVIN JOHNSON; LEATRICE JOHNSON; UNIQUE BROWN; and YVONNE O. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE KNOX, in his individual and official capacity; PTLM. MARK WILSON; in his individual and official capacity as a police officer; SGT. MORRISON, in his individual and official capacity as a police officer; DETECTIVE JINGLING, unknown first name, in his individual and official capacities, YINGLING is employed by Allegheny County Homicide Division; DEPUTY CORNER DOMINIC of the Office of the Allegheny County Coroner Allegheny County PA, and the Coroner's Office,<br><br>Defendant. | Civil Action No. 04 - 1695<br><br>Judge Joy Flowers Conti /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Plaintiff filed a Motion to Reissue Order to Serve by the U.S. Marshal on November 11, 2005. The reasons Plaintiff is requesting the re-issuance of the Court's September 6, 2005 order directing the U.S. Marshals to effectuate service are unclear. The Court, however, is aware that service is currently being made on all Defendants. Therefore,

**IT IS ORDERED** this 4 day of January, 2006, that Plaintiff's "Motion to Reissue Order to Serve by U.S. Marshal" is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Yvonne F. Brown
       2633 Brackenridge Street
       Pittsburgh, PA 15219

       Lisa M. Passarello
       Buchanan Ingersoll
       301 Grant Street
       One Oxford Centre, 20th Floor
       Pittsburgh, PA 15219

       Gregory A. Miller
       Buchanan Ingersoll
       301 Grant Street
       One Oxford Centre, 20th Floor
       Pittsburgh, PA 15219