IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE BROWN; CALVIN JOHNSON; LEATRICE JOHNSON; UNIQUE BROWN; and YVONNE O. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE KNOX, in his individual and official capacity; PTLM. MARK WILSON; in his individual and official capacity as a police officer; SGT. MORRISON, in his individual and official capacity as a police officer; DETECTIVE JINGLING, unknown first name, in his individual and official capacities, YINGLING is employed by Allegheny County Homicide Division; DEPUTY CORNER DOMINIC of the Office of the Allegheny County Coroner Allegheny County PA, and the Coroner's Office,<br><br>    Defendant. | Civil Action No. 04 - 1695<br><br>Judge Joy Flowers Conti /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Plaintiff filed a Motion Not to Dismiss on January 17, 2006, which this Court interprets as a Response to the Motion to Dismiss filed January 6, 2006 by Defendants Borough of Wilkinsburg and Wilkinsburg Department of Police. Therefore,

**IT IS ORDERED** that Plaintiff's Motion Not to Dismiss is **TERMINATED**. It shall be treated as a response to the Motion to Dismiss filed January 6, 2006.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local

Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Yvonne F. Brown
2633 Brackenridge Street
Pittsburgh, PA 15219