IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE BROWN; CALVIN JOHNSON; LEATRICE JOHNSON; UNIQUE BROWN; and YVONNE O. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE KNOX, in his individual and official capacity; PTLM. MARK WILSON; in his individual and official capacity as a police officer; SGT. MORRISON, in his individual and official capacity as a police officer; DETECTIVE JINGLING, unknown first name, in his individual and official capacities, YINGLING is employed by Allegheny County Homicide Division; DEPUTY CORNER DOMINIC of the Office of the Allegheny County Coroner Allegheny County PA, and the Coroner's Office, <br><br> Defendant. | Civil Action No. 04 - 1695 <br><br> Judge Joy Flowers Conti / Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Plaintiff filed a Motion Not to Dismiss on March 13, 2006, which this Court interprets as timely filed objections to the Magistrate Judge's report and recommendation Therefore,

**IT IS ORDERED** that Plaintiff's Motion Not to Dismiss is **TERMINATED**. It shall be treated as timely filed objections to the report and recommendation filed February 28, 2006.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Yvonne F. Brown
       2633 Brackenridge Street
       Pittsburgh, PA 15219

       Lisa M. Passarello
       Gregory A. Miller
       Buchanan Ingersoll

       301 Grant Street
       One Oxford Centre, 20th Floor
       Pittsburgh, PA 15219